**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1)  RUBEN HERNANDEZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 16-CV-00014-CVE-FHM<br>**BASE FILE**<br><br>Consolidated with:<br>Case No. 16-CV-00015-CVE-FHM |

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, by and through his attorney of record, Billy D. Griffin, and Defendant's counsel, John S. Gladd and J. Andrew Brown, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice.

Respectfully submitted,

/s/ Billy D. Griffin
Billy D. Griffin, OBA #17945
Jason B. Reynolds, OBA #18132
*Griffin, Reynolds & Associates*
210 S.E. 89th Street
Oklahoma City, OK  73149

/s/ J. Andrew Brown
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
**ATKINSON, HASKINS, NELLIS, BRITTINGHAM, GLADD & FIASCO**
525 South Main, Suite 1500
Tulsa, OK  74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096